# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
MICHAEL WAYNE RUBY

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **3:06cr0023 CMK**

Adam Ryan
Defendant's Attorney

**THE DEFENDANT:**

[X]   pleaded guilty to count(s): __2__ .
[ ]   pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]   was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 13 Penal Code 466 | Possession of Burglary Tools | 05/31/2006 | 2 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[X]   Count(s) __1__ (is)(are) dismissed on the motion of the United States.

[ ]   Indictment is to be dismissed by District Court on motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Probation Office for this district within 10 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

10/10/2006
Date of Imposition of Judgment

Signature of Judicial Officer

**CRAIG M. KELLISON**, United States Magistrate Judge
Name & Title of Judicial Officer

10/11/2006
Date

DEFENDANT: MICHAEL WAYNE RUBY

Pursuant to the Sentencing Reform Act of 1984, **IT IS THE JUDGMENT OF THE COURT** that the defendant, MICHAEL WAYNE RUBY, is hereby sentenced to Court Probation for a term of 24 months. The defendant shall pay the statutory assessment of $10, payment to begin immediately.

The defendant shall comply with the following special conditions:

1. Pursuant to 18 USC 3563(b)(10), the defendant shall remain in the custody of the Bureau of Prisons for 20 days, commencing on November 10, 2006.

2. The defendant shall not enter Whiskeytown National Recreation Area, except for purposes of traveling through the park while driving west on Highway 299. This condition shall remain in effect for the duration of the term of probation.

**IT IS FURTHER ORDERED** that the defendant, having been sentenced to the custody of the Bureau of Prisons, shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal before 2:00 p.m. on November 10, 2006. The defendant is further advised it is a criminal offense punishable by consecutive term of imprisonment to fail to surrender for service of sentence pursuant to the order of this Court. All conditions of Pretrial release shall remain in effect until the defendant surrenders in accordance with this order.

**APPEAL RIGHTS ADVISEMENT:** The defendant is hereby advised that he has the right to appeal. If you desire to appeal, you must file your Notice of Appeal in writing with the Clerk of Court at 501 I Street, Sacramento, California 95814, within ten days of today's date. If you cannot afford an attorney for your appeal, the Court will appoint one for you.